GERTRUDE S. CLARK KERRIGAN, Appellant, v. THE CITY OF NEW YORK and Another, Respondents, Impleaded with LAURA M. CLARK.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FREDERIC A. POTTS & CO., INC., Appellant, v. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK and NATIONAL SURETY COMPANY, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IRENE MITCHELL, Appellant, v. THE NORTHWESTERN OHIO SAVINGS ASSOCIATION, Defendant. (PAUL A. WARNER, Superintendent of Building and Loan Associations in the State of Ohio, Appearing Specially, etc., Respondent.)†— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNIE R. DE KALB, Respondent, v. LEON A. DE KALB, Appellant.— Order modified by denying as much of the motion as asks for alimony *pendente lite*, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ..

LUIGI VRICELLA and Others, Respondents, v. JOHN E. SHEEHY, Commissioner of Parks, Borough of Manhattan, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK HART, Alias J. W. CHASE, Alias JACK REFFKIN, Alias JOHN REFFKIN, Appellant, v. THE WARDEN OF THE TOMBS PRISON, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN BYRNE and Another, Appellants, v. THOMAS F. BARRETT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., takes no part.

DOROTHY ABRAMOWITZ, Respondent, v. LEO ABRAMOWITZ, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration between SAMUEL CRESPIN, Appellant, and DAVID M. MINTON and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to reverse and refer issue to a jury for determination.

EMPIRE TRUST COMPANY, as Trustee, etc., Appellant, v. KERMACOE REALTY Co., INC., and Others, Defendants, Impleaded with 261 WEST THIRTY-NINTH STREET CORPORATION, Respondent.— Orders affirmed, with twenty dollars costs and

*Appeal dismissed, 264 N. Y. 461.    † Motion for leave to appeal denied, 263 N. Y. 668.